■ ANN WERNER, Appellant, v. BESSIE THOENS, Respondent.—Motion by respondent for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

Motion for reargument denied, with $10 costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.